# Order

Michigan Supreme Court
Lansing, Michigan

February 3, 2017

Stephen J. Markman,
Chief Justice

154776

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

VANESSA OZIMEK,
        Plaintiff-Appellant,

v

LEE J. RODGERS,
        Defendant-Appellee.

SC: 154776
COA: 331726
Wayne CC: 13-109046-DC

_____/

On order of the Court, the application for leave to appeal the August 25, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Wayne Circuit Court's February 8, 2016 order denying the plaintiff mother's motion to change the school district that her child attends was "a postjudgment order affecting the custody of a minor" and therefore a "final order" under MCR 7.202(6)(a)(iii). The parties should not submit mere restatements of their application papers. We further direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *Marik v Marik* (Docket No. 154549).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2017



Clerk

s0131